No. 98–5168.  GILBERT v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 98–5169.  PADILLA v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 98–5170.  LOGAN v. WHITE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 98–5172.  MOLINA-MORENO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–5173.  JOHNSON v. SUPREME COURT OF CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 98–5174.  TALBERT v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 98–5175.  WHITETHORNE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 98–5176.  URIAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–5177.  WILLIAMSON v. JEANNETTE CITY POLICE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 98–5178.  CAPPS v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 98–5179.  BRAND v. THOMPSON, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 98–5180.  CORDOVA v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 98–5181.  SMITH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–5182.  BOLDUC v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 98–5183.  SHORTER v. ROE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–5184.  RANGEN v. SECURITIES AND EXCHANGE COMMISSION.  C. A. 9th Cir.  Certiorari denied.